UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24304-CIV-KING

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

v.

RINCON ARGENTINO RESTAURANT, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (D.E. #9) filed January 16, 2018, in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1.    The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2.    All unresolved pending motions in this case are hereby DENIED as moot.

3.    The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of January, 2018.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record